UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 79-cr-00253-BTM |
| Plaintiff, | |
| v. | JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT AND RECALL ARREST WARRANT |
| JOSE LUIS GARCIA-MARQUEZ, | |
| Defendant. | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the indictment in the above entitled case be dismissed without prejudice, and the arrest warrant be recalled.

IT IS SO ORDERED.

DATED: October 19, 2011

HONORABLE BARRY TED MOSKOWITZ
United States District Judge

**FILED**
OCT 2 4 2011
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY